*FROM THE OFFICE OF THE*
**FAMILY AND CONSUMER LAW CENTER**
*WWW.RICONSUMERLAW.COM*
**CLAUDE F. LEFEBVRE**
**CHRISTOPHER M. LEFEBVRE, P.C.**
*ATTORNEYS & COUNSELORS AT LAW*

March 26, 2005

RECEIVED BY
JUN 01 2005
Larry P. Cole

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

First Horizon Home Loan Corporation
15 Constitution Drive
Bedford, NH 03110

First Horizon
Mail Code 6412, 4000 Horizon Way
Irving, TX 75063

**Re: Notice of Rescission by Stephen J. Piette, 78 Zachariah Place, Warwick, Rhode Island 02889, Loan Number: 0043735539, Closing Date: 6/25/2003.**

To Whom It May Concern:

I represent Stephen J. Piette concerning the loan transaction he entered into with First Horizon Home Loan Corporation on June 25, 2003, in which he subsequently became obligated on a mortgage loan transaction with First Horizon Home Loan Corporation. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Piette was not provided with an accurate copy of the notice of his right to rescind the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by First Horizon Home Loan Corporation on Piette's property located at 78 Zachariah Place, Warwick, Rhode Island is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very Truly Yours,
Stephen J. Piette
By his Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

c/c: Stephen J. Piette

*FROM THE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER
P.O. BOX 479
PAWTUCKET, RHODE ISLAND 02862

U.S. POSTAGE PB3587642
7110 1093 9385 0000 $04.42 0 MAY 27 2005
MAILED FROM ZIP CODE 02860
RETURN RECEIPT REQUESTED

CERTIFIED MAIL

First Horizon Home Loan Corporation
15 Constitution Drive
Bedford, NH 03110

NAME______
1st Notice______
2nd Notice______
Return______

03110+6086 32

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST HORIZON HOME LOAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN J. PIETTE,<br><br>Defendant. | Civil Action No. |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff First Horizon Home Loan Corporation ("First Horizon") states as follows:

First Horizon Home Loan Corporation is a wholly-owned subsidiary of First Tennessee Bank National Association, which is a wholly-owned subsidiary of First Horizon National Corporation, a publicly traded company.

Respectfully submitted,

FIRST HORIZON HOME LOAN CORPORATION,
By its attorneys,

John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Of Counsel:
James W. McGarry (BBO # 633726)
Daniel J. Pasquarello (BBO # 647379)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: June 14, 2005