UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST HORIZON HOME LOAN CORPORATION, Plaintiff, v. STEPHEN J. PIETTE, Defendant. | Civil Action No. 05-262-ML |

**NOTICE OF CLASS CERTIFICATION ORDER**

Pursuant to this Court's Order dated July 18, 2005 requiring notification of any ruling on the Motion for Class Certification in *McKenna v. First Horizon Home Loan Corporation,* C.A. No. 1:04-cv-10370, United States District Court, District of Massachusetts, attached hereto as Exhibit A is the court's Order on Motion for Class Certification.

First Horizon Home Loan Corporation further notifies this Court of its intention to file a petition under Federal Rule of Civil Procedure 23(f) seeking appellate review of the Order on Motion for Class Certification.

FIRST HORIZON HOME LOAN
CORPORATION,

By its attorney,

John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Of Counsel:
Thomas M. Hefferon (BBO # 548289)
U. Gwyn Williams (BBO # 565181)
Julie M. Wade (BBO # 653902)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on April 6, 2006.

Dated: April 6, 2006

LIBA/1689085.1