UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST HORIZON HOME LOAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN J. PIETTE,<br><br>Defendant. | Civil Action No. 05-262 (ML) |

**STATUS REPORT**

Pursuant to the October 12, 2007 Court Order, plaintiff First Horizon Home Loan Corporation ("First Horizon") hereby submits the following status report.

On July 18, 2005, the Court granted First Horizon's Unopposed Motion to Stay All Activity until class certification is decided by the United States District Court for the District of Massachusetts in *McKenna, et al. v. First Horizon Home Loan Corp.*, C.A. No. 04-10370 (RCL) ("*McKenna*") because it was possible that Defendant could be included as a member of a nation-wide class in *McKenna*.

On January 29, 2007, the United States Court of Appeals for the First Circuit reversed the class certification decision of the United States District Court for the District of Massachusetts in *McKenna, et al. v. First Horizon Home Loan Corp.*, C.A. No. 04-10370 (RCL), vacated the District Court's class certification order, and remanded the case to the District Court for further proceedings. Currently pending before the District Court are the parties' cross-motions for summary judgment.

Counsel for First Horizon has conferred with counsel for Defendant and both parties agree that this Court should continue to stay all activity in this case until a final resolution of *McKenna*. The issue currently pending before the District Court in *McKenna* is whether the Notice of Right to Cancel that First Horizon provided to Plaintiffs at the closings for their mortgage loan refinancings informed them of all required information regarding their right to rescind those loans. Because that issue is also at the heart of this litigation, the parties respectfully request that the Court continue to stay all activities in this case until *McKenna* is finally resolved.

FIRST HORIZON HOME LOAN CORPORATION,

By its attorney,

/s/ John B. Daukas
John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Of Counsel:
Thomas M. Hefferon (BBO # 548289)
U. Gwyn Williams (BBO # 565181)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: October 26, 2007

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 26, 2007. The foregoing document will be available for viewing and downloading from the ECF system.

/s/ John B. Daukas____________
John B. Daukas (R.I. Bar # 5437)