David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Robert R. Henry
Chief Deputy Clerk

May 19, 2008

TO: Counsel of Record

RE: First Horizon v. Piette - CA 05-262ML
First Horizon v. Ronald McDermott - CA 05-263ML
First Horizon v. Anthony Pacheco - CA 05-264ML

Dear Counselors:

The above-captioned case has been stayed and Chief Judge Lisi is requesting a written status report relative to the above-captioned case at this time. Kindly electronically submit a status report on or before **June 13, 20087.**

Thank you for your attention to this matter.

Very truly yours,

Barbara Barletta
Barbara Barletta
Deputy Clerk